### 2627.  PORTER v. THE STATE.

The evidence was legally sufficient to authorize the verdict.

Accusation of misdemeanor; from city court of Athens—Judge West.  March 29, 1910.

Submitted May 17,—Decided June 14, 1910.

*Gordon Knox,* for plaintiff in error.

*Stephen C. Upson, solicitor, Carlisle Cobb,* contra.

POWELL, J.  This was a prosecution for cheating and swindling, under the "labor-contract law" of 1903 (Acts 1903, p. 90).   The evidence, though very weak as to some of the salient elements of the offense, is not legally insufficient to support the verdict.

*Judgment affirmed.*

HILL, C. J., dissenting.  I believe the defendant's testimony rebuts the statutory presumption of fraudulent intent.

---

### 2632.  TOWNSEND v. THE STATE.

HILL, C. J.  It not being affirmatively shown that the offense was committed prior to the finding of the indictment, the conviction was unauthorized by law.  *Tharpe* v. *State,* 2 *Ga. App.* 649 (58 S. E. 1070); *Askew* v. *State,* 3 *Ga. App.* 79 (59 S. E. 311); *Minhinnett* v. *State,* 106 *Ga.* 141 (32 S. E. 19).                              . *Judgment reversed.*

Indictment for sale of liquor; from Walker superior court—Judge Maddox.   April 11, 1910.

Submitted June 1,—Decided June 14, 1910.

*P. D. Wright, W. M. Henry,* for plaintiff in error.

*John W. Bale, solicitor-general,* contra.